BEFORE THE THIRD DIVISION, SEPTEMBER 23, 1948

**No. 52551.**—The Columbia Co. *v.* United States, protest 961682–G (San Francisco).

Opinion by CLINE, J. At the trial plaintiff abandoned all claims except as to the merchandise assessed at 18½ cents per pound, involved in case No. 511 and designated as "Almond Powder." The appraiser's answer to protest, received in evidence, stated that this merchandise should have been returned at 20 percent under paragraph 1558, following Abstract 36104. In view of this statement and following the cited authority, the merchandise contained in case No. 511, designated as almond powder, was held dutiable at 20 percent under paragraph 1558, as a nonenumerated manufactured article. The protest was overruled in all other respects.

**No. 52552.**—James A. Markham, Alien Property Custodian *v.* United States, protests 718795–G, etc. (Portland, Oreg., San Francisco, and Seattle).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52553.**—James E. Markham, Alien Property Custodian *v.* United States, protests 47462–K, etc. (Baltimore, Honolulu, and Los Angeles).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52554.**—Emil Gerstl *v.* United States, protest 62059–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry. The protest was sustained to this extent.

BEFORE THE THIRD DIVISION, SEPTEMBER 27, 1948

**No. 52555.**—Close & Stewart *v.* United States, petition 6625–R (Seattle).

Opinion by CLINE, J. At the trial the customs broker and the sole owner of the petitioner testified that when he prepared the entry he made an error in that he